UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8002-WM

UNITED STATES OF AMERICA

v.

JUAN CARLOS CRUZ-MORALES,

Defendant.

_____/



FILED BY ___SW___ D.C.
Jan 3, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Shannon Shaw
SHANNON SHAW
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 92806
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1036
Fax: (561) 659-4526
shannon.shaw@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JUAN CARLOS CRUZ-MORALES, <br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)           25-mj-8002-WM<br>)<br>)<br>) |

FILED BY ___SW___ D.C.
Jan 3, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 1, 2025  in the county of  Palm Beach  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry after a prior removal |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andy Korzen, Task Force Officer, HSI
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date:  01/03/2025

*Judge's signature*

City and state:  West Palm Beach, FL      Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.       I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and I am also Deportation Officer with Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the HSI office in West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.       This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Juan Carlos CRUZ-MORALES committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.       On or about January 1, 2025, Juan Carlos CRUZ-MORALES was arrested in Palm Beach County, Florida for the offense of battery. He was booked and detained at the Palm Beach County Jail.

4.       A review of the immigration records shows that Juan Carlos CRUZ-MORALES is a native and citizen of Mexico. Records further show that on or about March 4, 2010, Juan Carlos CRUZ-MORALES was granted voluntary departure under safeguards. On or about March 11, 2010, Juan Carlos CRUZ-MORALES departed the United States from Miami, Florida, and returned to Mexico.

5.       Thereafter, Juan Carlos CRUZ-MORALES re-entered the United States illegally, and on or about August 23, 2018, was ordered removed. The Order of Removal was executed on

or about April 9, 2020, whereby Juan Carlos CRUZ-MORALES was removed from the United States and returned to Mexico again.

6. Records further show that on or about January 12, 2009, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Juan Carlos CRUZ-MORALES was convicted of the felony offense of "Fleeing or Attempt to Elude Marked Police Car," and the misdemeanor offense of "Driving under the Influence Enhanced." *See* Florida state case number 2008CF017181A.

7. Juan Carlos CRUZ-MORALES's fingerprints taken in connection with his January 1, 2025 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Juan Carlos CRUZ-MORALES.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Juan Carlos CRUZ-MORALES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Juan Carlos CRUZ-MORALES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 1, 2025, Juan Carlos CRUZ-MORALES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of

Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 3rd day of January, 2025.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:    JUAN CARLOS CRUZ-MORALES

**Case No**:    25-mj-8002-WM

Count #1:

Illegal Reentry after Prior Removal

8 U.S.C. § 1326(a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:**  $250,000 fine
* **Special Assessment:** $100
* **Immigration Consequences of Removal (Deportation) from United States if Convicted**